US District Court
300 N Hogan St Ste 9,
Jacksonville, FL 32202

Lisa Maldonado
2368 Oak Hammock Lane
Orange Park, FL 32065



3:25-cv-802-MMH-PDB

Versus

Donald John Trump and James David (J.D.) Vance

GRIEVANCE

In accordance with my First Amendment Right to petition discoverment for a redress of my grievance, I state the following.

1. On January 6, 2021, Donald Trump engaged in an insurrection.

2. Since January 6, 2021, Donald Trump and J.D. Vance have given aid and comfort to the Insurrectionists.  Most recently, he has pardoned those who pled guilty or were found guilty of insurrection.

3. The 14th Amendment forbids the defendants from holding their respective offices. Therefore, I demand that section 3 be imposed upon Donald Trump and J.D. Vance.

> No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, **shall have engaged in insurrection** or rebellion against the same, **or given aid or comfort to the enemies thereof.**



Lisa A. Maldonado
2368 Oak Hammock Ln
Orange Park, FL 32065

JACKSONVILLE RPDC 320
14 JUL 2025 PM 1 L

Us District Court
300 N Hogan St Ste 9
Jacksonville FL 32202